MICHAEL B. HORROW (SBN 162917)
SCOTT E. CALVERT (SBN 210787)
DONAHUE & HORROW, LLP
1960 E. Grand Avenue, Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302
Email: mhorrow@donahuehorrow.com
Email: scalvert@donahuehorrow.com

Attorneys for Plaintiff STEVEN EMTER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN EMTER,<br><br>  Plaintiff,<br><br>  vs.<br><br>ANTHEM BLUE CROSS AND BLUE SHIELD; ANTHEM INSURANCE COMPANIES, INC., and PARKER HANNIFIN CORPORATION GROUP EMPLOYEE BENEFIT PLAN;<br><br>  Defendants. | Case No.: 8:23−cv−01949 DOC (DFMx)<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that Plaintiff Steven Emter and Defendants Anthem Blue Cross and Blue Shield, Anthem Insurance Companies, Inc., and Parker Hannifin Corporation Group Employee Benefit Plan (collectively, the "Parties") reached an agreement to resolve this action in its entirety. Documents are being prepared to finalize the resolution of this matter, and the Parties anticipate filing a stipulation to dismiss the entire action, each side to bear his/its own attorneys' fees and costs, within 45 days.

DATED: January 17, 2024                    DONAHUE & HORROW, LLP

 */s/ Michael B. Horrow*
MICHAEL B. HORROW
SCOTT E. CALVERT
*Attorneys for Plaintiff*