1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

STEVEN EMTER,

   Plaintiff,

  vs.

ANTHEM BLUE CROSS AND BLUE SHIELD; ANTHEM INSURANCE COMPANIES, INC., and PARKER HANNIFIN CORPORATION GROUP EMPLOYEE BENEFIT PLAN;

   Defendants.

Case No.: 8:23−cv−01949 DOC (DFMx)

**ORDER [21]**

  The court, having considered the parties Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

  1.  The above-entitled action dismissed with prejudice.

  2.  Each party shall bear their own attorneys' fees and costs

  IT IS SO ORDERED.

DATED: March 4, 2024

_____
Honorable District Judge David O. Carter